IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Greater Houston Transportation Company; Fiesta Cab Company; Houston Transportation Services, LLC; National Cab Co., Inc.; Pasadena Taxi Co., Inc.; American Mementum Group LLC; Atlas Limousine LLC; CTI Transportation, LLC; Liban Incorporated; Avanti Int'l Transportation, Ltd.; First Priority Transportation, LLC; Lone Star Executive Limousine, LLC; Dawit Sahle; Mohamed Samater; Mersha Ayele; Moses A. Tesfay; Melaku Shumie; Abraham Tarkegne; Kidane Ghebreslassie; Mohamed Didi; Champion Cab Co.; Greater San Antonio Transportation Company; Enterprise Transportation Inc.<br><br>        Plaintiffs,<br><br>  vs.<br><br>Uber Technologies, Inc.; and Lyft, Inc.,<br><br>        Defendant. | CIVIL ACTION NO. 14-941 |

### DECLARATION OF AMIT B. PATEL IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER

Pursuant to 28 U.S.C. § 1746, I, Amit B. Patel, hereby declare as follows:

1.    I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel of record for Defendant Uber Technologies, Inc. ("Uber") in the above-captioned case.

2.    I submit this declaration in support of Uber's Response In Opposition To Plaintiffs' Request For Temporary Restraining Order.

3. Attached hereto as Exhibit A is a true and correct copy of City of Houston Department of Administration & Regulatory Affairs, *Chapter 46 Vehicles for Hire Proposed Amendments* (Apr. 18, 2014), retrieved from http://www.houstontx.gov/ara/regaffairs/ Chapter_46_Vehicles_for_Hire_Proposed_Amendments_April_2014.pdf on Apr. 20, 2014.

4. Attached hereto as Exhibit B is a true and correct copy of City of Houston Department of Administration & Regulatory Affairs, *Overview: Proposed Changes to Chapter 46 of the Code of Ordinances Related to Vehicles-for-Hire* (Apr. 22, 2014), retrieved from http://www.houstontx.gov/ara/regaffairs/Final_Chapter_46_Joint_Committee_Presentation_ April22_2014.pdf on Apr. 20, 2014.

5. Attached hereto as Exhibit C is a true and correct copy of City of Houston Department of Administration & Regulatory Affairs, *Press Release: Houston's Concern With Lyft Expands From Illegal Operations To Safety Issues* (Mar. 12, 2014), retrieved from http://www.houstontx.gov/ara/20140312.html on Apr. 20, 2014.

6. Attached hereto as Exhibit D is a true and correct copy of Vianna Davila, *Mayor on board with ride sharing*, San Antonio Express-News, Mar. 28, 2014, retrieved from http://www.expressnews.com/news/local/article/Mayor-on-board-with-ride-sharing-5358644.php on Apr. 20, 2014.

7. Attached hereto as Exhibit E is a true and correct copy of Hr'g Tr. 160:8–161:4, *Yellow Group* (N.D. Ill. Apr. 29, 2013).

8. Attached hereto as Exhibit F is a true and correct copy of Editorial, *Yellow Cab doesn't get it*, Houston Chronicle, Feb. 25, 2014, retrieved from http://www.chron.com/opinion/ editorials/article/Yellow-Cab-doesn-t-get-it-5267560.php on Apr. 20, 2014.

9. Attached hereto as Exhibit G is a true and correct copy of Editorial, *Free Markets*, Houston Chronicle, Apr. 15, 2014, retrieved from http://www.chron.com/opinion/editorials/article/Free-markets-5405163.php on Apr. 20, 2014.

10. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON April 20, 2014 in
ROATÁN, HONDURAS

By _____
Amit B. Patel