UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Greater Houston Transportation Company, et al.

                                              Plaintiff,

v.                                                      Case No.: 4:14−cv−00941
                                                     Judge Vanessa D Gilmore

Uber Technologies, Inc., et al.

                                              Defendant.

TYPE OF CASE:                             Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Vanessa D Gilmore

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/15/14

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Injunction Hearing

Date:   April 21, 2014

                                                                David J. Bradley, Clerk