AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Greater Houston Transportation Company, et al  )
)
)
)
)
*Plaintiff(s)*  )
v.  )   Civil Action No. 4:14CV0941
)
Uber Technologies, Inc. and Lyft Inc.  )
)
)
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lyft Inc.
c/o Texas Secretary of State
Service of Process
1019 Brazos Street, Room 105
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Martyn B. Hill
Pagel, Davis & Hill P.C.
1415 Louisiana, 22nd Floor
Houston, Texas 77002
713-951-0160
713-951-0622 - fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
CLERK OF COURT

Date: APR 09 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:14CV0941

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lyft, Inc

was received by me on *(date)*  04/15/2014  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sue Vertrees , who is designated by law to accept service of process on behalf of *(name of organization)*  Sec. of the State of Texas authorized to accept for Lyft, Inc  on *(date)*  04/15/2014  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  4/15/14

*Server's signature*

Edrick Alviso - Private Process Server
*Printed name and title*

106 E. 6th St., 8th Floor, Austin, TX 78701
*Server's address*

Additional information regarding attempted service, etc:
I delivered the documents with $55 administrative fee made out to the Secretary of the State of Texas.