UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREATER HOUSTON TRANSPORTATION, ET AL., <br><br>  Plaintiffs, <br><br> vs. <br><br> UBER TECHNOLOGIES, INC. and LYFT INC., <br><br>  Defendants. | § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:14-cv-00941

### DEFENDANT LYFT'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lyft, Inc. ("Lyft") files this Corporate Disclosure Statement. Lyft is a privately held corporation. Lyft has no parent corporation and is not aware of any publicly held corporation that owns ten percent or more of its stock.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Danny David*
    Danny David
    Texas Bar No. 24028267
    One Shell Plaza
    910 Louisiana Street
    Houston, Texas  77002
    Tel:  (713) 229-4055
    Fax:  (713) 229-2855

ATTORNEY-IN-CHARGE FOR
DEFENDANT LYFT, INC.

OF COUNSEL:

Paul R. Elliott
State Bar No. 06547500
Amy Pharr Hefley
State Bar No. 24046046
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas  77002
Tel:  (713) 229-1226
Fax:  (713) 229-2726
paul.elliott@bakerbotts.com
amy.hefley@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Lyft, Inc.'s Corporate Disclosure Statement has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas on this the 28th day of April, 2014, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

*/s/ Danny David*
Danny David