IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Greater Houston Transportation Company; Fiesta Cab Company; Houston Transportation Services, LLC; National Cab Co., Inc.; Pasadena Taxi Co., Inc.; American Mementum Group LLC; Atlas Limousine LLC; CTI Transportation, LLC; Liban Incorporated; Avanti Int'l Transportation, Ltd.; First Priority Transportation, LLC; Lone Star Executive Limousine, LLC; Dawit Sahle; Mohamed Samater; Mersha Ayele; Moses A. Tesfay; Melaku Shumie; Abraham Tarkegne; Kidane Ghebreslassie; Mohamed Didi; Champion Cab Co.; Greater San Antonio Transportation Company; Enterprise Transportation Inc., <br><br>         Plaintiffs, <br><br>     v. <br><br> Uber Technologies, Inc.; and Lyft, Inc., <br><br>         Defendants. | CIVIL ACTION NO. 4:14-CV-00941 |

**DEFENDANT UBER TECHNOLOGIES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Uber Technologies, Inc. ("Uber") files this Corporate Disclosure Statement. Uber is a privately held corporation with no parent corporation or publicly held corporation that owns 10 percent or more of its stock.

DATED: April 30, 2014	QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ Stephen A. Swedlow
   Stephen A. Swedlow*
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
   500 West Madison Street, Suite 500
   Chicago, Illinois  60661
   Telephone: (312) 705-7400
   Facsimile: (312) 705-7401

   **ATTORNEY-IN-CHARGE FOR UBER TECHNOLOGIES, INC.**

**OF COUNSEL:**

Barrett H. Reasoner
T.B.A. No. 16641980
So. Dist. Bar No. 14922
David Sheeren
T.B.A. No. 24079313
So. Dist. Bar No. 1339705
GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, Texas  77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

Arthur M. Roberts*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Fl.
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Amit B. Patel*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 500
Chicago, Illinois  60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

* *pro hac vice*

## CERTIFICATE OF SERVICE

      I certify that on April 30, 2014 a copy of this instrument has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

                                                                   /s/ Barrett H. Reasoner
                                                      Barrett H. Reasoner