**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Greater Houston Transportation Company; Fiesta Cab Company; Houston Transportation Services, LLC; National Cab Co., Inc.; Pasadena Taxi Co., Inc.; American Mementum Group LLC; Atlas Limousine LLC; CTI Transportation, LLC; Liban Incorporated; Avanti Int'l Transportation, Ltd.; First Priority Transportation, LLC; Lone Star Executive Limousine, LLC; Dawit Sahle; Mohamed Samater; Mersha Ayele; Moses A. Tesfay; Melaku Shumie; Abraham Tarkegne; Kidane Ghebreslassie; Mohamed Didi; Champion Cab Co.; Greater San Antonio Transportation Company; Enterprise Transportation Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc.; and Lyft, Inc., <br><br> Defendants. | CIVIL ACTION NO. 4:14-CV-00941 |

**DEFENDANT UBER TECHNOLOGIES, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Uber Technologies, Inc. ("Uber") files this Certificate of Interested Parties. Uber knows, or has reason to believe, that each of the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities may have a financial interest in the outcome of this case:

1. Plaintiffs as identified in their live complaint.
2. Defendant Lyft, Inc.
3. Defendant Uber Technologies, Inc.

  If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then Uber will promptly file an amended certificate with the Court.

DATED: April 30, 2014      QUINN EMANUEL URQUHART & SULLIVAN, LLP

              By /s/ Stephen A. Swedlow
                Stephen A. Swedlow*
                QUINN EMANUEL URQUHART & SULLIVAN, LLP
                500 West Madison Street, Suite 500
                Chicago, Illinois  60661
                Telephone: (312) 705-7400
                Facsimile: (312) 705-7401

                **ATTORNEY-IN-CHARGE FOR UBER TECHNOLOGIES, INC.**

**OF COUNSEL:**

| | |
|---|---|
| Barrett H. Reasoner | Arthur M. Roberts* |
| T.B.A. No. 16641980 | QUINN EMANUEL URQUHART & |
| So. Dist. Bar No. 14922 | SULLIVAN, LLP |
| David Sheeren | 50 California St., 22nd Fl. |
| T.B.A. No. 24079313 | San Francisco, California  94111 |
| So. Dist. Bar No. 1339705 | Telephone: (415) 875-6600 |
| GIBBS & BRUNS, L.L.P. | Facsimile: (415) 875-6700 |
| 1100 Louisiana, Suite 5300 | |
| Houston, Texas  77002 | Amit B. Patel* |
| Telephone: (713) 650-8805 | QUINN EMANUEL URQUHART & |
| Facsimile: (713) 750-0903 | SULLIVAN, LLP |
| | 500 West Madison Street, Suite 500 |
| | Chicago, Illinois  60661 |
| | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-7401 |

*pro hac vice*

## CERTIFICATE OF SERVICE

      I certify that on April 30, 2014 a copy of this instrument has been filed pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

          /s/ Barrett H. Reasoner
      Barrett H. Reasoner