
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREATER HOUSTON TRANSPORTATION COMPANY, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> UBER TECHNOLOGIES, INC., *et al*, <br><br> Defendants. | § § § § § § § § § § §  CIVIL ACTION NO. 4:14-CV-941 |

**ORDER**

The Court has considered the parties Stipulation and Order Regarding the Preliminary Injunction Hearing Currently set for September 25, 2014 **(Doc. No. 63)** and is of the opinion that the Stipulation shoud be **GRANTED.**

**IT IS THEREFORE ORDERED** based on the Stipulation of the parties, the Preliminary Injunction Hearing scheduled for September 25, 2014 at 9:30 a.m. is cancelled.

SIGNED on this the  14th  day of August, 2014, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**