IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREATER HOUSTON TRANSPORTATION COMPANY, FIESTA CAB COMPANY, HOUSTON TRANSPORTATION SERVICES, LLC, NATIONAL CAB CO., INC., PASADENA TAXI CO., INC., AMERICAN MEMENTUM GROUP LLC, ATLAS LIMOUSINE LLC, CTI TRANSPORTATION, LLC, LIBAN INCORPORATED, AVANTI INT'L TRANSPORTATION, LTD., FIRST PRIORITY TRANSPORTATION, LLC., LONE STAR EXECUTIVE LIMOUSINE, LLC., DAWIT SAHLE, MOHAMED SAMATER, MERSHA AYELE, MOSES A. TESFAY, MELAKU SHUMIE, ABRAHAM TARKEGNE, KIDANE GHEBRESLASSIE, MOHAMED DIDI, CHAMPION CAB CO., GREATER SAN ANTONIO TRANSPORTATION COMPANY, ENTERPRISE TRANSPORTATION INC. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 14-941 |
| v. | § § | |
| UBER TECHNOLOGIES, INC., and LYFT INC. | § § § | JURY TRIAL DEMANDED |

**ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CLAIMS BY CERTAIN PLAINTIFFS**

After considering the notice of dismissal without prejudice of the claims of American Mementum Group LLC, Atlas Limousine LLC, CTI Transportation, LLC, Liban Incorporated, Avanti Int'l Transportation, Ltd., First Priority Transportation, LLC, Lone Star Executive Limousine, LLC, Mohamed Samater, Moses A. Tesfay, Melaku Shumie, Abraham Tarkegne, Kidane Ghebreslassie, and Champion Cab Co., (collectively "Dismissing Plaintiffs"), the Court

GRANTS the notice and dismisses the claims by the Dismissing Plaintiffs without prejudice with all costs taxed to the party incurring same.

SIGNED on ___9-17___, 20_14_.

_____
U.S. DISTRICT JUDGE


APPROVED & ENTRY REQUESTED:


**PAGEL, DAVIS & HILL, P.C.**


 /s/ Martyn B. Hill
**MARTYN B. HILL**
State Bar No. 09647460
Federal Bar No. 13806
mbh@pdhlaw.com
**Michael A. Harris**
State Bar No. 24046030
Federal Bar No. 586840
mah@pdhlaw.com
1415 Louisiana Street, 22nd Floor
Houston, Texas 77002
Telephone:   713-951-0160
Facsimile:   713-951-0662
ATTORNEYS FOR PLAINTIFFS