IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREATER HOUSTON TRANSPORTATION COMPANY, *et al.* | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-941 |
| UBER TECHNOLOGIES, INC., *et al.* | § § | |
| Defendants. | | |

**JOINT STIPULATION AND ORDER ADJOURNING INITIAL CONFERENCE**

WHEREAS, on July 18, 2014, the Court entered an Order setting the Initial Conference in this matter for Friday, October 3, 2014.

WHEREAS, on September 12, 2014, Plaintiffs moved for leave to file a Second Amended Complaint;

WHEREAS, by October 3, 2014, Defendants will file responses to Plaintiffs' motion for leave to file a Second Amended Complaint.

IT IS HEREBY STIPULATED by and among the undersigned counsel, as follows: the Initial Conference currently scheduled for October 3, 2014 shall be adjourned until such further time as the Court rules on Plaintiffs' motion for leave to file a Second Amended Complaint, which will determine the issues and parties remaining in this case and which will necessarily affect the matters to be heard in the Initial Conference.

Agreed to on September 29, 2014

| | |
|---|---|
| PAGEL, DAVIS & HILL, P.C. | GIBBS & BRUNS, L.L.P. |
| By: /s/ Martyn B. Hill (with permission)<br>Martyn B. Hill<br>State Bar No. 09647460<br>Michael A. Harris<br>State Bar No. 24046030<br>1415 Louisiana Street, 22nd Floor<br>Houston, Texas 77002<br>713.951.0160<br>713.951.0662 (facsimile)<br>mbh@pdhlaw.com<br>mah@pdhlaw.com<br><br>ATTORNEYS FOR PLAINTIFFS | By: /s/ Barrett H. Reasoner<br>Barrett H. Reasoner<br>State Bar No. 16641980<br>1100 Louisiana, Suite 5300<br>Houston, Texas 77002<br>713.650.8805<br>713.750.0903 (facsimile)<br>breasoner@gibbsbruns.com<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br>Stephen A. Swedlow*<br>Amit B. Patel*<br>500 W. Madison St., Ste. 500<br>Chicago, IL 60661<br>312.705.7400<br>312.705.7401 (facsimile)<br>amitbpatel@quinnemanuel.com<br>stephenswedlow@quinnemanuel.com<br><br>Arthur M. Roberts*<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>415.875.6327<br>415.875.6700 (facsimile)<br>arthurroberts@quinnemauel.com<br><br>ATTORNEYS FOR DEFENDANT<br>UBER TECHNOLOGIES, INC.<br><br>* *pro hac vice* |

BAKER BOTTS L.L.P.

By: /s/ Danny David (with permission)
Danny David
State Bar No. 24028267
Paul R. Elliott
State Bar No. 06547500
Amy Pharr Hefley
State Bar No. 24046046
Caroline Carter
State Bar No. 24078318
910 Louisiana Street
Houston, Texas 77002-4995
713.229.4055
713.229.2855 (facsimile)
danny.david@bakerbotts.com
paul.elliott@bakerbotts.com
amy.hefley@bakerbotts.com
caroline.carter@bakerbotts.com

ATTORNEYS FOR DEFENDANT LYFT, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREATER HOUSTON TRANSPORTATION COMPANY, *et al.* | § § § § § | |
| Plaintiffs, | | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-941 |
| UBER TECHNOLOGIES, INC., *et al.* | § § | |
| Defendants. | | |

**ORDER**

The Court has considered the parties' Stipulation and Order Adjourning Initial Conference currently set for October 3, 2014, and is of the opinion that the stipulation should be **GRANTED**.

**IT IS THEREFORE ORDERED** based on the stipulation of the parties, that the Initial Conference scheduled for October 3, 2014 is cancelled.

SIGNED this ___ day of October, 2014, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**