IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREATER HOUSTON TRANSPORTATION COMPANY, *et al.* | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:14-CV-941 |
| UBER TECHNOLOGIES, INC., *et al.* | § § | |
| Defendants. | | |

## ORDER

The Court has considered the parties' Stipulation and Order Adjourning Initial Conference currently set for October 3, 2014, and is of the opinion that the stipulation should be ~~GRANTED~~ DENIED.

**IT IS THEREFORE ORDERED** ~~based on the stipulation of the parties, that the Initial Conference scheduled for October 3, 2014 is cancelled.~~ the parties will appear for the scheduling conference on 10-3-14.

SIGNED this 28th day of Sept, 2014, at Houston, Texas.

**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**