IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREATER HOUSTON TRANSPORTATION, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 4:14-cv-0941 |
| UBER TECHNOLOGIES, INC., LYFT INC., *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER

Pending before the Court are Defendant Lyft, Inc.'s motion to dismiss (**Instrument No. 50**), Defendant Uber Technologies, Inc.'s motion to dismiss (**Instrument No. 51**), and Defendant Uber Technologies, Inc.'s request for judicial notice. (**Instrument No. 52**).

Defendants' motions to dismiss (**Instrument Nos. 50, 51**) are **DENIED without prejudice to reurging** and Defendant Uber Technologies, Inc.'s request for judicial notice (**Instrument No. 52**) is **DENIED as moot**.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 2nd day of October, 2014, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE