**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Greater Houston Transportation Company; Fiesta Cab Company; Houston Transportation Services, LLC; National Cab Co., Inc.; Pasadena Taxi Co., Inc.; Dawit Sahle; Mersha Ayele; Mohamed Didi; Greater San Antonio Transportation Company; Enterprise Transportation Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Uber Technologies, Inc.; and Lyft, Inc.; <br><br> Defendants. | Case No. 4:14-cv-00941 |

**DEFENDANT UBER TECHNOLOGIES, INC.'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS**

Defendant Uber Technologies, Inc. respectfully requests that the Court take judicial notice of a city ordinance and an insurance policy referenced throughout Plaintiffs' Second Amended Complaint ("SAC").

"When reviewing a motion to dismiss, a district court 'must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice.'" *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011) (quoting *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007)).

"City ordinances are proper subjects for judicial notice." *Lamle v. City of Santa Monica*, 2010 WL 3734868, at *4 (C.D. Cal. July 23, 2010); *see also Ramos v. City of Laredo*, 2011 WL 649675, at *3 (S.D. Tex. Feb. 9, 2011) (taking judicial notice of the City of Laredo's Code of Ordinances); *Toney v. Burris,* 829 F.2d 622, 627 (7th Cir. 1987) (holding that federal courts may take judicial notice of city ordinances). Accordingly, the Court may take judicial notice of the following city ordinance: City of Houston Department of Administration & Regulatory Affairs, *Signed/Final Chapter 46 Vehicles for Hire Ordinance* (Aug. 6, 2014), retrieved from http://www.houstontx.gov/ara/2014-754.pdf on October 13, 2014. The ordinance is attached as Exhibit 1 to the Appendix to the Motion to Dismiss.

A court also may take judicial notice of documents incorporated by reference in the pleadings. *Funk*, 631 F.3d at 783 (stating court may consider "documents incorporated into the complaint by reference" on motion to dismiss). Uber's insurance policy applicable to uberX is incorporated by reference in the SAC, SAC ¶¶ 74–79, 82–87, and discussed extensively in the Gregory Serio Expert Witness Report attached to the SAC, at §§ V-VII. Accordingly, Uber requests that the Court take judicial notice of the insurance policy, which is attached as Exhibit 2 to the Appendix to the Motion to Dismiss.

DATED: October 17, 2014                      QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP


                                   By   /s/ Stephen A. Swedlow
                                       Stephen A. Swedlow
                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
                                       500 West Madison Street, Suite 500
                                       Chicago, Illinois  60661
                                       Telephone: (312) 705-7400
                                       Facsimile: (312) 705-7401
                                       **ATTORNEY-IN-CHARGE FOR UBER
                                       TECHNOLOGIES, INC.**


**OF COUNSEL:**

Barrett H. Reasoner                          Arthur M. Roberts*
T.B.A. No. 16641980                          QUINN EMANUEL URQUHART
So. Dist. Bar No. 14922                      & SULLIVAN, LLP
David Sheeren                                50 California St., 22nd Fl.
T.B.A. No. 24079313                          San Francisco, California  94111
So. Dist. Bar No. 1339705                    Telephone: (415) 875-6600
GIBBS & BRUNS, L.L.P.                         Facsimile: (415) 875-6700
1100 Louisiana, Suite 5300
Houston, Texas  77002                        Amit B. Patel*
Telephone: (713) 650-8805                    QUINN EMANUEL URQUHART
Facsimile: (713) 750-0903                    & SULLIVAN, LLP
                                             500 West Madison Street, Suite 500
                                             Chicago, Illinois  60661
                                             Telephone: (312) 705-7400
                                             Facsimile: (312) 705-7401


*\* pro hac vice*